UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Petitioner,<br><br>v.<br><br>STEPHEN D. NELSON<br><br>Respondent. | Civil Action No. 4:10CV3172 |

**ORDER COMPELLING PRODUCTION**

In consideration of the Petitioner's Motion to Compel Production, and for good cause shown, it is hereby ORDERED:

1. That the allegations in the Petitioner's Petition to Enforce IRS summons are deemed admitted; it is

2. FURTHER ORDERED that the Respondent is hereby ordered to produce the documents listed in the summons within fourteen (14) days of the date of service of this Order on him by mailing or delivering same to the office of the IRS, Attention Kay Ponte, 3307 W. Capital Ave., Grand Island, NE 68802; it is

3. FURTHER ORDERED that in the absence of the Respondent having filed a written response which denied or controverted allegations of the petition (Filing 1), the hearing to show cause scheduled for November 1, 2010, before Magistrate Judge Cheryl R. Zwart need not be held and is hereby cancelled; it is

4.	FURTHER ORDERED that a copy of this Order, together with the Motion to Compel, be served on the Respondent and that such service be made pursuant to Rule 4.1 of the Federal rules of Civil Procedure, to include service by an official of the Internal Revenue Service specially appointed herein by the Court for that purpose.

Dated this 14th day of October, 2010.

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge