IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | 4:10CV3172 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| STEPHEN D. NELSON, | ) | |
| | ) | |
| Respondent. | ) | |

A hearing was convened today on the Petitioner's motion for an order requiring the Respondent to show cause, if any, why he should not be held in contempt for failing to comply with an IRS Summons. The Respondent was served with notice of today's hearing, (see filing no. 16), but he did not produce the IRS records, appear at the show cause hearing, or contact the court to explain his absence. Accordingly,

IT IS ORDERED:

1) Stephen D. Nelson has failed to show cause why he should not be held in contempt for failing and refusing to comply with an IRS Summons.

2) Stephen D. Nelson is in contempt of court.

3) Stephen D. Nelson can purge this contempt by producing the records listed in the IRS summons, (copies of the summons are attached hereto), by April 4, 2011. The records shall be mailed or delivered to the office of the IRS, Attention Kay Ponte, P.O. Box 9801, 3307 W. Capital Ave., Grand Island, NE 68802. Mr. Nelson's failure to timely comply with this order may result in his immediate arrest.

4) The clerk shall deliver two certified copies of this order to the U.S. Marshal.

5) The Marshal shall personally serve a certified copy of this order on Stephen D. Nelson, 639 25 Road, Axtell, NE 68924-2414, and shall file a return of service stating it has done so.

6) On or before April 6, 2011, counsel for the government shall file a statement, with a copy served on the Respondent, advising the court as to whether Mr. Nelson has produced the documents identified in the IRS summons.

March 1, 2011

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge



# Summons

## Income Tax Return

**In the matter of** STEPHEN D NELSON, _____
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 4 (24)
**Periods:** Form 1040 for the calendar periods ending December 31, 2007 and December 31, 2008

**The Commissioner of Internal Revenue**

**To:** STEPHEN D NELSON
**At:** _____

You are hereby summoned and required to appear before KAY PONTE, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2007 and 2008

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2007 and 2008

We have attached a blank return to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

P O BOX 9801, GRAND ISLAND, NE  68802  (308) 384-4850x234

Place and time for appearance: At   P O BOX 9801, GRAND ISLAND, NE  68802
*(handwritten: 3307 W. CAPITAL AVE)*

**IRS**

on the  1st  day of  June , 2010  at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  12th  day of  May           , 2010

Department of the Treasury
Internal Revenue Service        KAY PONTE  */s/ Kay Ponte*                    REVENUE OFFICER
www.irs.gov                           Signature of issuing officer                                 Title

Form 6638 (Rev.10-2006)
Catalog Number 61828W           _____           _____
                                 Signature of approving officer *(if applicable)*           Title

Exhibit C                                              Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5/13/2010 | 9:45 am |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Placed in sealed envelope addressed to STEPHEN NELSON and taped to outside of mailbox.

| Signature | Title |
|---|---|
| Kary Ponte | REVENUE OFFICER |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Kary Ponte | REVENUE OFFICER |

Catalog No. 61828W   Form **6638** (Rev. 10-2006)



# Summons

## Collection Information Statement

In the matter of __STEPHEN D NELSON,_____
Internal Revenue Service *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED_____
Industry/Area *(Identify by number or name)* __SB/SE AREA 4 (24)_____
Periods: __Form 1040 for the calendar periods ending December 31, 2005 and December 31, 2006_____

**The Commissioner of Internal Revenue**

To: __STEPHEN D NELSON_____
At: _____

You are hereby summoned and required to appear before __KAY PONTE__, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From __01/01/2009__ To __12/31/2009__

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

__P O BOX 9801, GRAND ISLAND, NE  68802  (308) 384-4850x234_____

     *3307 W. CAPITAL AVE*
Place and time for appearance: At __P O BOX 9801, GRAND ISLAND, NE  68802_____

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the __1st__ day of __June__, __2010__ at __9:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __12th__ day of __May_____, __2010__

KAY PONTE  *[signature: Kay Ponte]*        REVENUE OFFICER
Signature of issuing officer                   Title

_____        _____
Signature of approving officer *(if applicable)*   Title

Exhibit D                                   Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5/13/2010 | 9:45 a.m. |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Placed in sealed envelope addressed to STEPHEN NELSON and taped to outside of mailbox

| Signature | Title |
|---|---|
| Kay Ponte | REVENUE OFFICER |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Kay Ponte | REVENUE OFFICER |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)